KEB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Mohammad Tamas Allahyar,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-02462-PHX-SMB (DMF)

**ORDER**

Petitioner Mohammad Tamas Allahyar, who is represented by counsel, filed a Petition for Writ of Habeas Corpus Under § 2241 challenging his immigration detention. (Doc. 1).  The Court will require Respondents to answer the Petition.

Petitioner is a national and citizen of Afghanistan.  He fled Afghanistan to seek asylum.  On or about September 17, 2024, through a CBP One appointment, Petitioner entered the United States and was detained at that time.  He was transferred to Eloy Detention Center in late 2025.  On February 5, 2026, an immigration judge (IJ) denied Petitioner's applications for asylum, withholding of removal, and protection under the Convention Against Torture.  Petitioner appeal of the IJ's decision to the Board of Immigration Appeals remains pending.  Petitioner claims he has been detained for more than 18 months without a bond hearing before an IJ.

Petitioner states his arbitrary and unreasonable prolonged detention, absent a bond hearing, is a violation of his Fifth Amendment right to due process.  He seeks immediate release from custody.  The Court will require Respondents to answer the Petition.

TERMPSREF

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition and a copy of this Order on Respondents.

(2)    If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)    Respondents must answer the Petition within **twenty (20) days** of the date of service.  Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)    Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

(6)    This matter is referred to Magistrate Judge Deborah M. Fine pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 12th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge

TERMPSREF

- 2 -